IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      MAR - 4 2024
      ARTHUR JOHNSTON
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:24-cr-21-DPJ-ASH

MICHAEL CHRISTIAN GREEN

## MOTION TO SEAL

The United States of America requests that the Information and all documents filed herein be sealed, and represents the following:

The United States has filed an Information against the Defendant. Revealing the existence of the file and Information prior to the arrest of the Defendant could jeopardize law enforcement agents, could greatly impede the apprehension of the Defendant, and/or could greatly impede the ongoing related investigation. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the information, summons, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the appearance of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Information and Return, and this Motion and the Order to Seal, pending the arrest of the Defendant and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and appearance of the Defendant.

Respectfully submitted,

TODD W. GEE
United States Attorney

By: _____
SAMUEL GOFF
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4035
MS Bar No. 105813
Email: Sam.Goff@usdoj.gov