PRAECIPE FOR SUMMONS



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 4 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:24-cr-21-DPJ-ASH

MICHAEL CHRISTIAN GREEN
(wherever found)

The Clerk of said Court will issue summons returnable on March 14, 2024 at 2:30 p.m., before Honorable Andrew S. Harris, United States Magistrate Judge at Jackson, Mississippi, an information against the above-named defendant having been filed in the above-entitled cause on March 4, 2024.

This 4th day of March, 2024.

TODD GEE
United States Attorney

By: _____
Samuel Goff
Assistant U. S. Attorney
MS BAR # 105813

Summons issued: _____

(SG/FBI)