

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.          CRIMINAL NO.: 3:24-cr-21-DPJ-ASH

MICHAEL CHRISTIAN GREEN

### ORDER GRANTING MOTION TO UNSEAL INDICTMENT AND CASE

THIS CAUSE having come before the Court on motion of the Government to unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 13th day of March 2024.

/s/ Andrew S. Harris
UNITED STATES MAGISTRATE JUDGE